DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASI PREFERRED INSURANCE CORP.,**
Appellant,

v.

**BLACK DIAMOND FUNDING VENTURES, LLC** a/a/o
MOLDEXAMINERS, INC. a/a/o PATRICIA CUADRA,
Appellee.

No. 4D2024-2933

[January 29, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case No. COINX23-017040.

Patrick E. Betar of Berk, Merchant & Sims, PLC, Coral Gables, for appellant.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***